NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BILLY DAVIS,                               )
                                          )
      Appellant,                     )
                                          )
v.                                        )    Case No. 2D18-4828
                                          )
STATE OF FLORIDA,                         )
                                          )
      Appellee.                      )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Charles Sniffen,
Judge.

Billy Davis, pro se.


PER CURIAM.


      Affirmed.  See Lee v. State, 679 So. 2d 1158 (Fla. 1996); Reed v. State,

761 So. 2d 1241 (Fla. 2d DCA 2000); Paris v. State, 156 So. 3d 578 (Fla. 3d DCA

2015); Rutherford v. State, 93 So. 3d 1132 (Fla. 1st DCA 2012).


KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.